UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO and TRUSTEES OF THE DRYWALL TAPERS AND PAINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

     Petitioners,

   v.

GOODTIME CONSTRUCTION INC. A/K/A GOODTIME CONSTRUCTION NY INC.,

     Respondent.

No. 24-CV-3588 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. On May 9, 2024, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners docketed an affidavit of service on May 22, 2024.

  Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

  ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by June 21, 2024. Respondent's opposition, if any, is due on July 12, 2024. Petitioners' reply, if any, is due on July 26, 2024.

      IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:   June 5, 2024
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge